UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. FOREST SERVICE,<br><br>    Federal Defendant. | CASE NO. 2:14-CV-02228-GEB-AC<br><br>[PROPOSED] ORDER |

   Having reviewed Plaintiff's Unopposed Motion for Leave to File an Amended Memorandum in Support of Summary Judgment , the Court grants Plaintiff's Unopposed Motion.

IT IS SO ORDERED

Dated:  December 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge