UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| CONSERVATION CONGRESS, | ) |
| Plaintiff, | ) )  Case No. 14-02228-GEB-AC |
| v. | ) )  [proposed] ORDER GRANTING )  JOINT MOTION TO AMEND SCHEDULING |
| UNITED STATES FOREST SERVICE, | )  ORDER ) |
| Defendant. | ) ) |

For good cause shown, the parties' joint motion to amend the scheduling order is granted. The scheduling order (ECF No. 12) is hereby amended to reflect that briefs in opposition to summary judgment shall not exceed 25 pages.

IT IS SO ORDERED.

Dated:  January 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER, CASE NO. 14-02228-GEB-AC