Dennis L. Porter (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
Dlporter2@yahoo.com

Attorney for Proposed Amicus Curiae

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, | No. 2:14-cv-02228-GEB-AC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO APPEAR AS AMICUS CURIAE** |
| UNITED STATES FOREST SERVICE, | |
| Defendant. | |

*Conservation Congress. v. United States Forest Service,* No. 2:14-cv-02228-GEB-AC
[Proposed] Order Granting Motion to Appear as Amicus Curiae – Page 1

On May 14, 2015, proposed amicus curiae Franklin Logging, Inc. filed a motion to appear as amicus curiae. Proposed amicus curiae motion to appear as amicus curiae is GRANTED. The amicus curiae brief and declaration are hereby filed.

Dated:  May 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

*Conservation Congress. v. United States Forest Service,* No. 2:14-cv-02228-GEB-AC
[Proposed] Order Granting Motion to Appear as Amicus Curiae – Page 2