UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | No. 2:14-CV-2228-GEB-AC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXPEDITED BRIEFING SCHEDULE** |

        On May 5, 2015, Plaintiff filed a motion to stay implementation of the Porcupine Vegetation and Road Management Project in the Shasta-Trinity National Forest, which is scheduled for hearing on June 1, 2015, and submitted the declarations of Denise Boggs and Tonja Chi in support of the motion. (ECF Nos. 43, 44.) On May 14, 2015 Defendant filed a motion to strike the Chi declaration and potions of the Boggs declaration, arguing the declarations impermissibly ask the court to consider information outside the administrative record. Defendant noticed its motion to strike for June 15, 2015 and "asks this Court to shorten briefing on [its motion to strike] so that it can be resolved in conjunction with Plaintiff's motion for an injunction pending

1

appeal." (Fed. Def.'s Mot. Strike, 1:11-12, ECF No. 52.)

The request for an expedited briefing schedule is granted. Plaintiff may file a response to Defendant's "Motion to Strike," on or before May 21, 2015, and Defendant may file a reply on or before May 22, 2015.

Dated:  May 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2